**WARRANT EXCHANGE, LLC, Plaintiff,**

Salmeh Fodor, Interested
Party–Appellant,

v.

NETWORKD CORPORATION, Ashley
Leonard, Eugene Kim, Defendants–
Appellees.

No. 09–11187
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 19, 2009.

Bijan Kasraie, Marchman, Kasraie &
Fodor, LLC, Atlanta, GA, for Interested
Party–Appellant.

Paul F. Rafferty, Jones Day, Christopher A. Bauer, Irvine, CA, Christian Brent Turner, Duane Morris, LLP, Rebecca McLemore Lamberth, Duanemorris, Atlanta, GA, for Defendants–Appellees.

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

This is an appeal of the final order of the district court, entered on February 6, 2009, awarding $116,715.50 in sanctions against appellant Salmeh Fodor, an attorney, and her client, in favor of appellees NetworkD Corporation, Ashley Leonard, and Eugene Kim. In her brief, Fodor advances several arguments for the vacation of the final order and a remand of the case for further proceedings. Fodor's arguments are baseless and therefore merit

no discussion. The final order of the district court is, accordingly,

AFFIRMED.